Printed: 09/14/10 11:51 AM

# Claims Distribution Small Checks

Page: 1

Case: 07-50282 - JENSEN, WAYNE MICHAEL

Trustee: ROBERT R. KANUIT (430160)

RECEIVED
2010 SEP 17 AM 9:06
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed |
| 92000188718666 | 119 | 09/14/10 | | | U.S. Bankruptcy Court | | | | |
| | | | 3 | 12/26/07 | | 610 | Ameripride | 52.66 | 52.66 |
| | | | 10 | 01/08/08 | | 610 | Wolf Peak | 84.05 | 84.05 |
| | | | 13 | 01/24/08 | | 610 | NORTHERN STATES POWER CO | 66.32 | 66.32 |

| Paid to Date | Small Payment |
|---|---|
| Check Amount: | $3.98 |
| 1.03 | 1.03 |
| 1.65 | 1.65 |
| 1.30 | 1.30 |

[signature] 9/14/10

(*) Denotes objection to Amount Filed